UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                                          Case No. 07-CR-137

    v.

ROBERT TRIGGS and
TOMMIE HICKS,

        Defendants.

---

## ORDER DISMISSING PROPERTY FROM
## FORFEITURE NOTICE OF THE INDICTMENT

---

      Based on the government's motion to dismiss certain properties specified in the forfeiture provision of the Indictment filed with this Court, the Court hereby GRANTS the motion and orders that the following items:

    A.    Approximately $1,850 in United States currency seized from 3124 N. 24th Place, Milwaukee, Wisconsin; and

    B.    One gold 2002 Pontiac Grand Am, Wisconsin license plate 206-HCM.

be dismissed from the Indictment. The Court further orders that the Wisconsin Department of Justice - Division of Criminal Investigations return item B to Idella Carr.

      Dated at Milwaukee, Wisconsin, this 10th day of January, 2008.

                                              s/ Rudolph T. Randa
                                              HON. RUDOLPH T. RANDA
                                              Chief United States District Judge